46393.  WALKER v. THE STATE.
46394.  JACKSON v. THE STATE.

EBERHARDT, Judge. The search warrant attacked in these appeals is the same warrant attacked in *Garner v. State,* 124 Ga. App. 33 (182 SE2d 902), and for the reasons stated in that opinion, as well as for additional reasons stated in *Willis v. State,* 122 Ga. App. 455, 457 (177 SE2d 487) concerning the search of "other persons" found on the premises to be searched, it was error to deny the motions to suppress and to admit in evidence items procured in connection with the search.

*Judgments reversed. Hall, P. J., and Whitman, J., concur.*
SUBMITTED JUNE 30, 1971—DECIDED SEPTEMBER 7, 1971.

*Hobart M. Hind,* for appellant.